IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAULA PELTON                                                                                    PLAINTIFF

vs.                                    CASE NO. 4:05CV1097GH

LIFE INSURANCE COMPANY OF
NORTH AMERICA, ET AL.                                                           DEFENDANTS

## ORDER

Pursuant to the stipulation, CIGNA Insurance Group and CIGNA Healthcare of Arkansas, Inc. are hereby dismissed as parties in this action.

IT IS SO ORDERED this 26th day of August, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE